J. H. Hines v. State

195 So. 160
Division A
Opinion Filed March 29, 1940

*Parks Carmichael,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, *Thomas J. Ellis* and *William Fisher, Jr.,* Assistant Attorneys General, for Defendant in Error.

PER CURIAM.—We have carefully examined the record in this case and no reversible error has clearly appeared to us, therefore, the judgment is—

Affirmed.

TERRELL, C. J., and BUFORD and THOMAS, J. J., concur.

WHITFIELD, P. J., concurs in opinion and judgment.

Justices BROWN and CHAPMAN not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.